## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| O.C.M., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-328-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| | : | |
| Respondent. | : | |

## ORDER

Before the Court is Petitioner's motion for an emergency temporary restraining ("TRO") order (ECF No. 5). The Court reviewed the motion and finds that it requests the same ultimate relief as the petition. Thus, the Court construes the motion as seeking further expedited consideration of the petition. Respondents shall have until November 7, 2025—which is also the current deadline for responding to the petition itself—to respond to Petitioner's motion. Respondents may combine their response to the petition and the motion for TRO in one filing. Petitioner shall have seven (7) days to file a reply, though may do so sooner if he desires. Once briefing is complete, the Court will consider whether a hearing on the motion for TRO and/or merits of the petition is necessary.

**SO ORDERED**, this 30th day of October, 2025.

                                                  s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge